**FILED**

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

James David Hollister,

State Bar No 44244

No CV-09-80032 MISC VRW

ORDER

_____/

On February 23, 2009, the court issued an order to show cause (OSC) why James David Hollister should not be removed from the roll of attorneys authorized to practice law before this court based upon his enrollment as an inactive member of State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective January 2, 2009. The OSC was mailed to Mr Hollister's address of record with the State Bar and returned by the post office as unclaimed. Mr Hollister filed no response.

The California State Bar web site indicates that Mr Hollister is now on active status as of March 10, 2009, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

James David Hollister,

    Plaintiff,

_____/

Case Number: CV09-80032 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James David Hollister
566 N Street
Livermore, CA 94550

Dated: April 8, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*